No. 398. CAPITAL SERVICE, INC., DOING BUSINESS AS DANISH MAID BAKERY, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. The petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit is granted limited to the following question:

"In view of the fact that exclusive jurisdiction over the subject matter was in the National Labor Relations Board (*Garner* v. *Teamsters Union,* 346 U. S. 485), could

the Federal District Court, on application of the Board, enjoin Petitioners from enforcing an injunction already obtained from the State Court?"

*Carl M. Gould* for petitioners. *Acting Solicitor General Stern, George J. Bott, David P. Findling, Dominick L. Manoli* and *Norton J. Come* filed a memorandum for respondent.